McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOSEPH M. COOK
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-00088 DAD |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | WITHOUT PREJUDICE AND |
| ) | ORDER |
| TUIMAVAVE LOGOLA, ) | |
| ) | DATE: May 21, 2008 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | COURT: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice, the Sole Count of the Information, filed on March 11, 2008.

On December 19, 2007, the defendant was issued a citation for driving without a valid driver's license at the Federal Building located at 650 Capitol Mall, in violation of Title 18, United States Code, Section 13, and California Vehicle Code Section 12500(a).  The defendant appeared before this Court on March 11, 2008, and the government filed a One-Count Information alleging a violation of Title 18, United States Code, Section 13,

1

1  and California Vehicle Code Section 12500(a) - Driving without a
2  Valid License.  The matter was continued to April 8, 2008, where
3  the defendant was arraigned with the assistance of an
4  interpreter, and entered a plea of not guilty.
5      The Government respectfully requests that this Court
6  dismiss, without prejudice, the Information filed on March 11,
7  2008, so that the State of California can file appropriate
8  charge(s) against the defendant for the conduct of the
9  aforementioned offense.

10 DATED: May 9, 2008                    Respectfully submitted,

11                                       McGREGOR W. SCOTT
                                         United States Attorney
12

13                                 By:   /S/Matthew C. Stegman
                                         MATTHEW C. STEGMAN
14                                       Assistant U.S. Attorney

15

16                            **O R D E R**

17 IT IS SO ORDERED:

18 DATED: May 12, 2008.

19

20                              _____
                                DALE A. DROZD
21                              UNITED STATES MAGISTRATE JUDGE

22

23

24 Ddad1/orders.criminal/logo1a0088.ord

25

26

27

28

2